**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

DAVID D. BIRD
CLERK OF COURT

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2900

**Date:** August 23, 2005

To: Clerk of Court
US District Court
District of Delaware
Wilmington, DE 19801

Re: **Adversary Case: 05-76823 (PBL)**
**Related BK Case: 03-10945**

On June 1st 2005 a Motion for Withdraw the Reference was filed to the United States District Court, District of Delaware. The Transmittal and Motion will be sent to you in PDF format. Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely

Violetta I. Blanco
Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____ day of _____ 2005.

By:_____
     Deputy Clerk

_____ Supervisor

## TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:** 05-76823
**Related Bankruptcy Case #:** 03-10945
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Violetta Blanco |
| **Case Type:** | Adversary |
| **Nature of Suit:** | i.e. Recover Money or Property |
| **Cause of Transmittal:** | i.e. Order dated _____, Withdrawing the Reference to the U.S. District Court) |
| **Parties:** | Pct v. Aloha State Brokerage, Inc. |
| **Plaintiff's Counsel:** | **David M. Fournier** |
| | **Wilmer C Bettinger** |
| | Pepper Hamilton |
| | Hercules Plaza, Suite 5100 |
| | 1313 Market Street |
| | Wilmington, DE 19899 |
| | Email: flbank@pepperlaw.com |
| | bettingerw@pepperlaw.com |
| **Defendant's Counsel:** | **Bradley R. Tamm** |
| | Bradley R. Tamm, AAL/ALC |
| | 828 Fort St., Ste. 330 |
| | Honolulu, HI 96813 |
| | 808-524-4949 |
| | Email: btamm@hawaii.rr.com. |
| | |
| | **Charles J. Brown** |
| | Elzufon Austin Reardon Tarlov & Mondell |
| | 300 Delaware Avenue |
| | 17th Floor |
| | Wilmington, DE 19899 |
| | 302-428-3181 |
| | Email: cbrown@elzufon.com |

revised: 10/20/03
F:\TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THEU.wpd