IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Fleming Companies, Inc., *et al.*, <br><br> Debtors. <br><br> PCT, <br><br> Plaintiff, <br> v. <br><br> Aloha State Brokerage, Inc., <br><br> Defendant. | Chapter 11 <br><br> Case No. 03-10945 (MFW) <br> Jointly Administered <br><br><br> Adversary Proceeding No. <br> A 05-76823   (PBL) <br><br><br> Related Document: 24 |

### ORDER GRANTING MOTION FOR LEAVE TO AMEND THE COMPLAINT

Upon consideration of the Cross-Motion by PTC ("Plaintiff") to Amend the Complaint filed on June 28, 2005,

**THE COURT FINDS** that, based upon the facts and circumstances presented in this case, there appears to be no prejudice to Aloha State Brokerage, Inc., the defendant, from allowing Plaintiff to amend its Complaint. Furthermore, there appears to be no bad faith, undue delay, or dilatory motive on the part of Plaintiff in seeking to amend the Complaint to omit Counts III and VII.

**IT ITS THEREFORE ORDERED** that the Motion filed by PTC for Leave to Amend the Complaint is **GRANTED** in its entirety and Plaintiff shall have 5 (five) days from the entry of this Order to file an amended complaint.

Dated: August 23, 2005
    Wilmington, Delaware

_____
PAUL B. LINDSEY
UNITED STATES BANKRUPTCY JUDGE