# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FLEMING COMPANIES, INC., et al., | Chapter 11 (jointly administered)<br>Case No. 03-10945 (MFW)<br>Adv. Pro. No. 05-76823-PBL |
| PCT,<br><br>    Plaintiff,<br><br>v.<br><br>ALOHA STATE BROKERAGE, INC.,<br><br>    Defendant. | Civ. No. 05-00621 (SLR)<br><br>Jury Trial Demanded |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on September 10, 200, a true and correct copy of:

**DEFENDANT'S RULE 26(A)(1) DISCLOSURES**

Was delivered via hand delivery or United States Mail, postage prepaid upon the following parties.

    David Fournier
    Wilmer C. Bettinger
    PEPPER HAMILTON LLP
    P.O. Box 1709
    Wilmington, DE  19899

    Eric Liebeler
    F. Wade Ackerman
    KIRKLAND & ELLIS LLP
    777 S. Figueroa St.
    Los Angeles, CA  90017

I certify the foregoing to be true and correct under the penalty of perjury.

| | |
|---|---|
| Dated: September 13, 2005<br>Wilmington, Delaware | ELZUFON AUSTIN REARDON<br>TARLOV & MONDELL, P.A. |

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
Suite 1700, P.O. Box 1630
Wilmington, Delaware 19899-1630
Tel: (302) 428-3181
Fax: (302) 428-3180
E-Mail: cbrown@elzufon.com

and

Signed Electronically – CM/ECF use only.
_____
Bradley R. Tamm (Haw. JD 7841)
Bradley R. Tamm, A Law Corporation
828 Fort Street Mall, Suite 330
Honolulu, Hawai'i 96813
Tel: 808-524-4949
Fax: 808-524-4844
E-Mail: btamm@hawaii.rr.com

ATTORNEYS FOR ALOHA STATE
BROKERAGE, INC.