IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., | ) | Bk. No. 03-10945 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |
| PCT, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV. No. 05-621-SLR |
| ALOHA STATE BROKERAGE, INC., | ) | |
| Defendant. | ) | |

### REPORT AND NOTIFICATION OF SETTLEMENT
### OR OTHER RESOLUTION OF ADVERSARY PROCEEDING

Undersigned counsel for PCT hereby files this report and notification of settlement or other resolution of the above-captioned adversary proceeding:

1. This proceeding was settled by written agreement executed by the parties on or about October 4, 2005.

2. The settlement agreement provides for the settlement amount to be paid in installments, to be completed by Defendant within six (6) months from date of settlement.

3. It is anticipated that a notice or stipulation of dismissal of this proceeding will be filed on or prior to March 15, 2006.

4. In the event of Defendant's default under the terms of the settlement agreement, an application for entry of judgment by consent will be filed by PCT.

Dated: Oct 7, 2005
Wilmington, Delaware

PEPPER HAMILTON LLP

David M. Fournier (DE No. 2812)
Wilmer C. Bettinger (DE No. 359)
Hercules Plaza, Suite 5100
1313 North Market Street
Post Office Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

and

KIRKLAND & ELLIS LLP
Eric Liebeler (CA Bar No. 149504)
F. Wade Ackerman (CA Bar No. 234747)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for the PCT*