IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FLEMING COMPANIES, INC., et al.,[1] ) | Case No. . 03-10945 (MFW) |
| Debtor. ) | (Jointly Administered) |
| ) | |
| PCT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 05-621-SLR |
| ALOHA STATE BROKERAGE, INC. ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA        :
                           : ss
COUNTY OF LOS ANGELES      :

    I, Allison L. Mayo Andrews, being over 18 years of age, hereby certify that on the October 18, 2005, I did serve the **REPORT AND NOTIFICATION OF SETTLEMENT OR OTHER RESOLUTION OF ADVERSARY PROCEEDING** by causing a true and correct copy thereof to be sent to the following persons in the manner indicated:

| VIA U.S. MAIL | VIA U.S. MAIL |
|---|---|
| Bradley Tamm, AAL/ALC<br>828 Fort Street, Suite 330<br>Honolulu, HI 96813 | Charles Brown III<br>Elzufon Austin Reardon Tarlov & Mondell<br>300 Delaware Ave., Suite 170<br>P.O. Box 1630<br>Wilmington, DE 19899-1630 |

_____
Allison L. Mayo Andrews

SWORN to and SUBSCRIBED before me,
a notary public for the State and County aforesaid,
this 18th day of October, 2005.

_____
Notary Public

TONI LOUISE RETANA
Comm. # 1477040
NOTARY PUBLIC-CALIFORNIA
Los Angeles County
My Comm. Expires March 16, 2008

---

[1] The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.