IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., | ) | Bk. No. 03-10945 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |
| PCT, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV. No. 05-621-SLR |
| ALOHA STATE BROKERAGE, INC., | ) | |
| Defendant. | ) | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated and agreed between the above-captioned Plaintiff, PCT, and the above-captioned Defendant, Aloha State Brokerage, Inc., by and through their respective counsel, that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure. The parties shall each bear their own costs and fees.

**[Remainder of Page Intentionally Left Blank]**

K&E 10740810.2

Dated: March 14, 2006

_[signature]_  
David M. Fournier (DE No. 2812)  
Wilmer C. Bettinger (DE No. 3391)  
PEPPER HAMILTON LLP  
Hercules Plaza, Suite 5100  
1313 North Market Street  
Post Office Box 1709  
Wilmington, Delaware 19899-1709  
Telephone: (302) 777-6500  
Facsimile: (302) 421-8390  

-and-

KIRKLAND & ELLIS LLP  
Eric Liebeler (CA Bar No. 149504)  
F. Wade Ackerman (CA Bar No. 234747)  
777 South Figueroa Street  
Los Angeles, California 90017  
Telephone: (213) 680-8400  
Facsimile: (213) 680-8500  

*Attorneys for Plaintiff*

_[signature]_  
William D. Sullivan, (DE No. 2820)  
Charles D. Brown, III (DE No. 3368)  
ELZUFON AUSTON REARDON  
TARLOV & MONDELL, P.A.  
Suite 1700, Post office Box 1630  
Wilmington, Delaware 19899-1630  
Telephone: (302) 428-3181  
Facsimile: (302) 428-3180  

-and-

Bradley R. Tamm (Haw. JD 7841)  
BRALDY R. TAMM, AAL/ALC  
828 Fort Street Mall, Suite 330  
Honolulu, Hawaii 96813  
Telephone: (808) 524-4949  
Facsimile: (808) 524-4844  

*Attorneys for Defendant*

K&E 10740810.2