IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al.,[1] | ) | Case No. . 03-10945 (MFW) |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| PCT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Adv. Pro. 05-00621 (SLR) |
| ALOHA STATE BROKERAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA         :
                            : ss
COUNTY OF LOS ANGELES       :

I, Aida Ramos, being over 18 years of age, hereby certify that on the 16th day of March, 2006, I did serve the STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE by causing a true and correct copy thereof to be sent to the following persons in the manner indicated:

| Via First Class Mail | |
|---|---|
| William D. Sullivan | Bradley R. Tamm |
| Charles D. Brown | Bradly R. TAMM, AAL/ALC |
| Elzufon Auston Reardon Tarlov & Mondell | 828 Fort Street Mall, Suite 330 |
| P.O. Box 1630, Suite 1700 | Honolulu, Hawaii 96813 |
| Wilmington, DE 19899-1630 | |

Aida Ramos

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 16th day of March, 2006, by Aida Ramos personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public



SANDRA L. HOLSTEIN
Commission # 1351489
Notary Public - California
Los Angeles County
My Comm. Expires Apr 17, 2006

---

[1]   The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.